**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| JEUNG H KWON )<br>HUI KWON ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br>ANTONIO HUGHES, ) <br>NATIONAL CREDIT SYSTEMS, INC. ) <br> ) <br> Defendants ) | CASE NO 8:11-cv-02390-JFM |

**NOTICE OF VOLUNTARY DISMISSAL**

**COMES NOW** the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby voluntarily dismisses the Complaint with prejudice.

Respectfully submitted this 20th day of December, 2011.

_____
**/s/ Robinson S. Rowe**
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Dr.
Rockville, MD 20852
e-mail: rrowe@rowepllc.com
TEL: (301) 770-4710 / FAX: (301) 770-4710

**CERTIFICATE OF SERVICE**

      This is to certify that on this 20th day of December, 2011, I caused the foregoing Notice of Dismissal to be served by first class mail, postage prepaid, or via the Court's electronic filing system on all Defendants.

      **/s/ Robinson S. Rowe**
      Robinson S. Rowe